December 17, 1982.

454 A.2d 160

Allegheny Valley School District, Appellant v. Anderson.

Argued November 10, 1980. Charles M. Means, for appellant; John J. Kirk, for appellee.

604

Before PRICE, CAVANAUGH and HOFFMAN, JJ.
Judgment affirmed.